AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

Northern **DISTRICT OF** California

E-filing

| | |
|---|---|
| Michael Fernandes | SUMMONS IN A CIVIL CASE |
| V. | CASE NUMBER: |
| Gary and Susan Noe | CV 08 2019 EDL |

TO: (Name and address of defendant)

Gary and Susan Noe
23 La Salle Drive
Moraga, CA  94556

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas N. Stewart, III
Attorney at Law
369 Blue Oak Lane, 2nd Floor
Clayton, CA  94517
Telephone (925) 672-8452
Telefax (925) 673-1729

an answer to the complaint which is herewith served upon you, within __20 (twenty)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

APR 17 2008

CLERK   HELEN L. ALMACEN

DATE

(BY) DEPUTY CLERK